# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Karla Nistler, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | 4:15-CV-00006–TUC-JAS |
| International Collection Systems, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

___   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Stipulation of the parties, and the Court's order filed on September 9, 2015, this case is dismissed with prejudice. Judgment is entered, and this case is closed.

September 9, 2015

BRIAN D. KARTH
District Court Executive/Clerk

s/BAC
By: Deputy Clerk

cc: (all counsel)